ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Cameron Bell Corporation d/b/a | ) | ASBCA No. 61856 |
| Gov Solutions Group (GovSG) | ) | |
| | ) | |
| Under Contract No. N00178-14-D-7651 | ) | |

APPEARANCE FOR THE APPELLANT:    Michael A. Killham, Esq.
Lakewood, CA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
Navy Chief Trial Attorney
Diana L. King, Esq.
Eric D. Flores, Esq.
Trial Attorneys
Space and Naval Warfare Systems, Pacific
San Diego, CA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 5, 2019

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61856, Appeal of Cameron Bell Corporation d/b/a Gov Solutions Group (GovSG), rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals